UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXIBLE FUNDING, LTD., <br> Plaintiff, <br> v. <br> JEREMY HARE, et al., <br> Defendants. | Case No. 18-cv-03720-JCS <br><br> **ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 19 |

The Clerk has entered Defendants' default, and Plaintiff Flexible Funding, Ltd. has filed an application for default judgment by the Court. *See* dkt. 19. Plaintiff's application does not include any legal argument or a noticed hearing date. Requests for default judgment in this Court are typically decided on noticed motions that address the applicable legal standards for entry of default judgment and for the substantive claims at issue, how the pleadings and evidence satisfy those standards, and whether the Court has jurisdiction over the claims and the defendants. Plaintiff's application is DENIED without prejudice to filing a noticed motion no later than November 6, 2018.

Any such motion may incorporate by reference evidence already filed rather than refiling the same evidence a second time, but must explain how the evidence shows that Plaintiff is entitled to the relief requested.

The case management conference set for October 26, 2018 is CONTINUED to November 9, 2018 at 2:00 PM, and will be further continued to coincide with the motion hearing if Plaintiff files a motion before that date.

**IT IS SO ORDERED.**

Dated: October 9, 2018

JOSEPH C. SPERO
Chief Magistrate Judge